IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LI XIAOMING )
)
    Plaintiff, )
)
v. ) Civil No. CCB 00-3697
)
AMERICAN GREEN GARDEN )
INTERNATIONAL CORP., INC., et al. )
)
    Defendants. )
)

ORDER

For the reasons stated in the accompanying memorandum, it is, this 11th day of July 2001 ORDERED that defendants' motion to dismiss is denied.

                                            Catherine C. Blake
                                            United States District Judge