# HENRICHSEN SIEGEL

1850 M Street NW, Suite 250
Washington, DC 20036

202.293.7766 telephone
202.293.7778 facsimile

July 19, 2001

**Via First Class Mail**

The Honorable Catherine C. Blake
United States District Court Judge
United States District Court for the
 District of Maryland
101 West Lombard Street
Baltimore, MD 21201

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

JUL 23 2001

UNITED STATES DISTRICT JUDGE

Re:  <u>Li Xiaoming v. American Green Garden International Corp, Inc., et al.</u>, Civil Action No CCB-OO-3697

Dear Judge Blake:

Pursuant to your July 11, 2001, letter counsel for the parties met on July 17 to discuss the Court's July 11, 2001, Scheduling Order.

Based on preexisting personal and professional obligations, the parties jointly request that the deadline for the joinder of additional parties and to amend pleadings be moved from August 27 to September 10, 2001.

Thank you for your consideration of this matter.

Defendants' counsel reviewed this letter prior to its being sent and has authorized the undersigned to make the joint representations contained herein.

Very truly yours,

Lewis S. Wiener

cc:  George S. Robinson, IV, Esq.

Approved
C. Blake
USDJ  7/23/01