IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | ) | |
|---|---|---|
| LI XIAOMING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: CCB 00-3697 |
| | ) | |
| AMERICAN GREEN GARDEN | ) | |
| INTERNATIONAL CORPORATION, INC., | ) | |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please note the substitution of Neil L. Henrichsen and Colleen Leyrer as counsel for Plaintiff in the above referenced and captioned matter in place of Lewis S. Wiener.

Dated: August 22, 2001

Respectfully submitted,

HENRICHSEN SIEGEL, P.L.L.C.

Neil L. Henrichsen (Federal Bar No. 07683)
Colleen M. Leyrer (Federal Bar No. 14653)
HENRICHSEN SIEGEL, P.L.L.C.
1850 M Street, Suite 250
Washington, D.C. 20036
(202) 293-7766
(202) 293-7778 - facsimile

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that, on this 22nd day of August, a true and correct copy of the foregoing Notice of Substitution of Counsel was sent via first class mail, postage prepaid to the following Defendants' counsel:

George S. Robinson, IV, Esq.
Robinson & Associates, P.C.
The Title Building
110 St. Paul Street
Suite 302
Baltimore, Maryland 21202

_____
Lewis S. Wiener