IN THE UNITED STATES DISTRICT COURT FOR THE
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

LI XIAOMING )
)
)
Plaintiff, )
)
v. ) Case No.: CCB 00-3697
)
)
AMERICAN GREEN GARDEN )
INTERNATIONAL CORPORATION, INC., )
et al. )
)
Defendants. )

## ORDER

The parties joint motion for an extension of time within which Plaintiff may file responses to Defendant's First Interrogatories and Request for Production of Documents is hereby GRANTED,

Plaintiff's responses to Defendants first discovery requests are due October 9, 2001, and

The parties joint motion for an extension of time within which Defendant may file responses to Plaintiff's First Request for Production of Documents is hereby GRANTED,

Defendants documents responsive to Plaintiff's request are due October 9, 2001.

_____ 9/25/01
UNITED STATES DISTRICT COURT JUDGE