IN THE UNITED STATES DISTRICT COURT FOR THE
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| **LI XIAOMING** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**AMERICAN GREEN GARDEN** )<br>**INTERNATIONAL CORPORATION, INC.,** )<br>**et al.** )<br>)<br>Defendants. )<br>) | Case No.: CCB 00-3697 |

## ORDER

Plaintiff Li Xiaoming's motion for an extension of time within which the parties may file discovery requests is hereby GRANTED;

The parties may file additional discovery requests on one another until October 26, 2001.

_____  10/19/01
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that, on this 18th day of October, 2001, a true and correct copy of the foregoing Motion for Enlargement of Time to File Opposition to Defendants' Motion to Dismiss was served via first class mail, postage prepaid on:

George S. Robinson, IV, Esq.
Robinson & Associates, P.C.
110 St. Paul Street
Suite 302
Baltimore, MD 21201

Attorneys for Defendants


                                                          Colleen M. Leyrer