IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

LI XIAOMING

    Plaintiff,

v.

AMERICAN GREEN GARDEN
INTERNATIONAL CO., INC., et al.

    Defendants.

Case No.: CCB00CV3697

## ORDER

The Parties Joint Motion To Extend Discovery and Dispositive Pretrial Motion Deadlines is hereby GRANTED,

The Deadlines for Discovery *Status Report* and Dispositive Pretrial Motions have been extended to January 31, 2002

                                                        11/15/01
                                    UNITED STATES DISTRICT COURT JUDGE