IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)



FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JAN 14  A 10: 1

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

| | | |
|---|---|---|
| LI XIAOMING | : | |
| | : | |
| Plaintiff, | : | Case No.: <u>CCB00CV3697</u> |
| | : | |
| v. | : | |
| | : | |
| AMERICAN GREEN GARDEN | : | |
| INTERNATIONAL CO., INC., et al. | : | |
| | : | |
| Defendants. | : | |

### ORDER

The Parties Joint Motion To Extend Discovery, Submission of Status Report and

Dispositive Pretrial Motion Deadlines is hereby GRANTED,

The Deadlines for Discovery and Dispositive Pretrial Motions have been extended

to March 15, 2002  *and Status Report*

_____  1/14/02

UNITED STATES DISTRICT COURT JUDGE