IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

LI XIAOMING

    Plaintiff,

v.

AMERICAN GREEN GARDEN
INTERNATIONAL CO., INC., et al.

    Defendants.

Case No.: S00CV3697

### SETTLEMENT ORDER
### LOCAL RULE 111

Upon reviewing Defendants' and Plaintiff's Joint Motion to Extend Local Rule 111 Settlement Order Deadline and for good cause shown, it is hereby,

ORDERED that this action is hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause on or before August 2, 2002 to reopen this action if settlement is not consummated. If no Party moves to reopen, the dismissal shall be with prejudice.

IT IS FURTHER ORDERED that:

The Clerk of the Court shall mail copies of this Order to Counsel of Record.

Entered this _10_ day of _June_, 2002

_____
United States District Court Judge